UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MONACO BAZZO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.<br><br>　　　　　Defendants. | No. 1:23-cv-01454-KES-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND TRANSFER OF THIS ACTION<br><br>(ECF No. 28) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　On March 31, 2025, the Court discharged the order to show cause, granted Plaintiff thirty days to file an amended complaint, and denied his request to transfer the action to the Central District of California. (ECF No. 27.)

　　　　Currently before the Court is Plaintiff's request for judicial notice, filed April 14, 2025. (ECF No. 28.) Although titled as a request for judicial notice, Plaintiff seeks to have this case transferred to the United States District Court for the Northern District of California, to be consolidated and/or with case number 5:20-cv-06326. Plaintiff's motion shall be denied.

　　　　Plaintiff has failed to demonstrate that transfer of this action which involves allegations arising at SATF is related to the allegations in case number 5:20-cv-06326 which involves cases arising out of a May 30, 2020 transfer of inmates from the California Institute for Men to San

Quentin State Prison where an outbreak of COVID-19 occurred. See Case No. 5:20-cv-06326-EJD, ECF No. 82 (N.D. Cal.). Because Plaintiff has not presented a sufficient basis to transfer this action to the United States District Court for the Northern District of California, Plaintiff's motion is DENIED. \

IT IS SO ORDERED.

Dated:   **April 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2